IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANN CECH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV587 |
| | ) | |
| v. | ) | |
| | ) | |
| ALEGENT HEALTH and MIDLANDS | ) | ORDER |
| BENEFIT ADMINISTRATORS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion of defendant Midlands Benefit Administrators, Inc., to dismiss (Filing No. 10). The Court has been advised that plaintiff does not intend to resist this motion. Accordingly,

IT IS ORDERED that said motion is granted; Midlands Benefit Administrators, Inc., is dismissed as a party to this action.

DATED this 17th day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court