IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANN CECH, | ) | |
| | ) | 8:06CV587 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ALEGENT HEALTH, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the consent of the parties and the reassignment order of Senior U.S. District Judge Lyle E. Strom (Filing No. 16), the case has been reassigned to the undersigned magistrate judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73.  The November 13, 2006 order set a planning conference with Senior Judge Strom on December 7, 2006, at 9:15 a.m.  **See** Filing No. 14.  The planning conference will now be a telephone planning conference with the undersigned magistrate judge on **December 8, 2006, at 11:00 a.m. Central Standard Time**.  The telephone number to use for the telephone conference is 402-661-7343.  Plaintiff's counsel is directed to initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 20th day of November, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge