IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANN CECH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV587 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ALEGENT HEALTH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Stipulation to Dismiss with Prejudice (Filing No. 32). The court finds that the parties' joint stipulation should be granted.

**IT IS ORDERED** that the parties' joint stipulation (Filing No. 32) is granted and this case is dismissed with prejudice, each party to bear its own costs.

DATED this 3rd day of July, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge